**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

FILED

APR 08 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____
_____,DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. **CR 21-079 PRW** |
| -vs- | ) | |
| | ) | |
| PATRICK SEAN HICKS, | ) | **Violations:** 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d) |
| Defendant. | ) | 28 U.S.C. § 2461(c) |

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT 1
### (Felon in Possession of a Firearm)

On or about November 29, 2020, in the Western District of Oklahoma,

----------------------------------- **PATRICK SEAN HICKS,** -----------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Taurus, model 45-410 "The Judge," .45 LC/410 gauge revolver, bearing serial number FZ720079, which was in and affecting interstate commerce in that said firearm had previously traveled from another state and country to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

# FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Indictment, defendant **PATRICK SEAN HICKS** shall forfeit to the United States any firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. a Taurus, model 45-410 "The Judge," .45 LC/410 gauge revolver, bearing serial number FZ720079; and

2. any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY


ROBERT J. TROESTER
Acting United States Attorney

JACQUELYN M. HUTZELL
Assistant United States Attorney

2